IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHEASTERN LEGAL FOUNDATION, INC. | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) |
| v. | ) FILE NO. 1:19-cv-03144-JPB ) |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | ) ) ) ) ) |
| Defendant. | ) |

## **JOINT STATUS REPORT**

In accordance with this Court's April 16, 2020 order, Plaintiff and Defendant hereby file their Joint Status Report as follows:

1. This is an action brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The parties have been working cooperatively to resolve this matter.

2. On May 14, 2019, Plaintiff submitted by certified mail return receipt requested, a FOIA request to Defendant seeking records relating to communications regarding the collection of memos known as the "Steele Dossier." Plaintiff sought a waiver of search, review and duplication fees

pursuant to the FOIA. On May 28, 2019, Defendant acknowledged receipt of the FOIA request by signing the certified mail return receipt.

3. Plaintiff received no further response from Defendant until, on July 10, 2019, Plaintiff sued Defendant to compel Defendant to comply with the FOIA request.

4. After filing two unopposed motions for extension, Defendant still has not produced any records responsive to Plaintiff's request.

5. On January 16, 2020, this Court determined there would be no discovery in this case and required the parties to propose deadlines for dispositive motions in their status update.

6. In March 2020, Defendant informed Plaintiff that it had located responsive records, but that it needed additional time to review those records for exemptions and privilege.

7. Due to the outbreak of COVID-19, Defendant asked Plaintiff to consent to a stay. On April 16, 2020, the Court stayed the case until June 15, 2020.

8. The parties have continued to communicate about this case.

9. Defendant asserts that COVID-19 has delayed its ability to complete its production of records. To date, Defendant has not produced any documents responsive to Plaintiff's request.

10. In light of Defendant's ongoing review of responsive records for exemptions and privilege, the parties respectfully request that the Court defer entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on the status of Defendant's response to Plaintiff's FOIA request on or before <u>August 17, 2020</u>.

Respectfully submitted, this 15th day of July, 2020.

|  |  |
|---|---|
|  | BYUNG J. PAK<br>*United States Attorney* |
| /s/ Kimberly S. Hermann<br>KIMBERLY S. HERMANN<br>*General Counsel*<br>Southeastern Legal Foundation<br>Georgia Bar No. 646473<br>khermann@southeasternlegal.org<br>560 West Crossville Rd., Ste 104<br>Roswell, GA 30075 | /s/ Lisa D. Cooper<br>LISA D. COOPER<br>*Assistant U.S. Attorney*<br>Georgia Bar No. 186165<br>lisa.cooper@usdoj.gov<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Lisa D. Cooper
LISA D. COOPER
